1 | JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
2 | IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
3 | Glendale, CA 91210
Telephone: (818) 242-6859
4 | Facsimile: (818) 240-7728

5 | Attorneys for Plaintiff

6

7

8 |                UNITED STATES DISTRICT COURT

9 |           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 |                    WESTERN DIVISION

11 | UNITED STATES OF AMERICA,   )   CASE NO. ACV 09-1541

12 |         Plaintiff,          )   CONSENT JUDGMENT

13 |         v.                  )

14 | MICHAEL E. NORTHUP,         )

15 |         Defendant.          )

16 | _____)

17

18 |       Pursuant to the above stipulation of the parties, Judgment is hereby entered

19 | in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant,

20 | MICHAEL E. NORTHUP, in the total amount of $6,725.23.

21

22 | Dated: 05/19/2009                TERRY NAFISI, CLERK

23 |                                  United States District Court
                                     Central District of California

24 |                                  A. KANNIKE
                                     By:  Deputy Clerk

25

26

27

28

                                    1